**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02375-RBJ-BNB

DOETTA LIVINGSTON,

    Plaintiff,

v.

THE CBE GROUP, INC., an Iowa corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

    THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

    DATED this 17th day of October, 2012.

                                                           BY THE COURT:

                                                           */s/ R. Brooke Jackson*

                                                            R. Brooke Jackson
                                                            United States District Judge